JACQUES KIRSCH, Respondent, *v.* HERCULEAN PRODUCTS COMPANY, Appellant.

*Appeal — motion to amend return denied — motion to dismiss appeal granted.*

*Kirsch* v. *Herculean Products Co.*, 206 App. Div. 701, appeal dismissed.

(Argued May 16, 1924; decided June 3, 1924.)

MOTION by appellant to amend the return and by respondent to dismiss an appeal from a judgment entered November 14, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which dismissed the defendant's appeal from a judgment in favor of plaintiff and affirmed an order of Special Term granting the plaintiff's motion to strike out the answer and for judgment.

The motion to dismiss the appeal was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal; that no question of law was presented by the record and that no constitutional question was directly involved.

*Samuel Greenbaum, Jonas J. Shapiro* and *David W. Kahn* for appellant.

*George W. Glaze* for respondent.

Motion to amend return denied, with ten dollars costs. Motion to dismiss appeal granted and appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.